IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BONIFACIO CAYETANO-HERNANDEZ,

    Petitioner

    v.

CRAIG LOWE, ET AL.,

    Respondents

CIVIL NO. 4:17-CV-437

(Judge Brann)

## **ORDER**

APRIL 11, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's request to proceed in forma pauperis is **GRANTED**.

2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. If Petitioner notifies the Court that he is still in ICE custody this matter will be reopened.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge